(89 South. 923)

DEES et al. v. STATE. (3 Div. 520.) (Supreme Court of Alabama. June 30, 1921.) Certiorari to Court of Appeals. Hybart & Hare, of Monroeville, and Powell & Hamilton, of Greenville, for petitioners. Harwell G. Davis, Atty. Gen., for the State.

PER CURIAM. The court holds that no error appears in the rulings of the Court of Appeals (89 South. 95); all the Justices concurring, except SAYRE, J., who thinks charge 2, requested by defendant, should have been given, and that no substantial equivalent of it is to be found in the court's oral charge.

---

(89 South. 923)

EDWARDS et al. v. GULF STATE STEEL CO. (6 Div. 302–382.) (Supreme Court of Alabama. April 19, 1921.) Appeals from Circuit Court, Blount County; O. A. Steele, Judge. Frank S. White & Son, of Birmingham, for appellants. Hood & Murphree, of Gadsden, and Percy, Benners & Burr, of Birmingham, for appellee.

PER CURIAM. Each of these cases are separately and severally dismissed for want of prosecution.

---

(89 South. 923)

FIDELITY & DEPOSIT CO. OF MARYLAND v. MORGAN COUNTY. (8 Div. 328.) (Supreme Court of Alabama. May 19, 1921.) Appeal from Circuit Court, Morgan County; O. Kyle, Judge. Cooper & Cooper, of Huntsville, and E. W. Godbey and S. A. Lynne, both of Decatur, for appellant. Callahan & Harris, of Decatur, for appellee.

PER CURIAM. Appeal dismissed by appellant.

---

(90 South. 925)

FLEMING v. COPELAND. (4 Div. 924.) (Supreme Court of Alabama. Oct. 6, 1921.) Appeals from Circuit Court, Pike County; A. B. Foster, Judge. A. G. Seay, of Troy, for appellant. H. L. Martin, of Ozark, for appellee.

PER CURIAM. Appeal dismissed by appellant.

---

(89 South. 923)

FLOYD v. STATE ex rel PETTERSON. (4 Div. 901.) (Supreme Court of Alabama. June 7, 1921.) Appeal from Circuit Court, Barber County; J. S. Williams, Judge. Harwell G. Davis, Atty. Gen., for appellee.

PER CURIAM. Appeal dismissed for want of prosecution.

---

(89 South. 923)

FOSHEE et al., as executors, etc., v. FOSHEE. (5 Div. 759.) (Supreme Court of Alabama. April 12, 1921.) Appeal from Probate Court, Chilton County; L. H. Reynolds, Judge. Grady Reynolds, of Clanton, for appellee.

PER CURIAM. Appeal dismissed on motion of appellee.

---

(89 South. 923)

FOX et al. v. CORONA COAL CO. (6 Div. 206–210, 212–230, 242–253.) (Supreme Court of Alabama. March 25, 1921.) Appeals from Circuit Court, Walker County; J. J. Curtis, Judge. Frank S. White & Son, of Birmingham, for appellants. A. F. Fite, of Jasper, for appellee.

PER CURIAM. The cases severally numbered above were by the appellants on motion severally dismissed.

---

(89 South. 923)

GREEN et al. v. LITTLE GEM COAL CO. (7 Div. 130–164.) (Supreme Court of Alabama, May 31, 1921.) Appeal from Circuit Court, Shelby County; E. J. Garrison, Judge. Frank S. White & Sons, of Birmingham, for appellants. Percy, Benners & Burr, of Birmingham, and Leeper, Haynes & Wallace, of Columbiana, for appellee.

PER CURIAM. Affirmed on certificate.

---

(89 South. 923)

HENSON v. ROMAINE et al. (8 Div. 325.) (Supreme Court of Alabama. May 17, 1921.) Appeal from Circuit Court, Lauderdale County; C. P. Almon, Judge. Mitchell & Hughston and James C. Roberts, all of Florence, for appellant. Simpson & Simpson, of Florence, for appellees.

PER CURIAM. Appeal dismissed by appellant.

---

(90 South. 925)

HUMPHREY v. STATE. (6 Div. 519.) (Supreme Court of Alabama. Oct. 20, 1921.) Certiorari to Court of Appeals. W. T. Stewart, of Birmingham, for appellant. Harwell G. Davis, Atty. Gen., for the State.

THOMAS, J. Petition of John Humphrey for certiorari to the Court of Appeals to review and revise the judgment of said court rendered on the appeal of John Humphrey v. State, 90 South. 504. Writ denied.

ANDERSON, C. J., and McCLELLAN and SOMERVILLE, JJ., concur.

---

(89 South. 923)

JACKSON v. STATE. (6 Div. 452.) (Supreme Court of Alabama. June 2, 1921.) Appeal from Circuit Court, Jefferson County; H. P. Heflin, Judge. Harwell G. Davis, Atty. Gen., for the State.

McCLELLAN, J. No bill of exceptions, and no error apparent in the record proper. The judgment is affirmed.

ANDERSON, C. J., and SOMERVILLE and THOMAS, JJ., concur.